# FILED

## UNDER

# SEAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-00649-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| CARLOS ALBERTO HERNANDEZ, A/K/A Gabriel Jimenez, | |
| Defendant. | |

Based on Government's Application for an Order to seal this case, the Complaint, ~~and Search Warrant~~ in the above-captioned matter and good cause appearing, therefor.

IT IS HEREBY ORDERED that the Complaint be sealed.

DATED this 21st day of September 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3